Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
JEMB REALTY CORP., 150 BROADWAY
N.Y. ASSOCIATES L.P., 150 BROADWAY
CORP AND BAILEY N.Y. ASSOCIATES and
75 BROAD LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X   21 MC 102 (AKH)

ANTONI LAMPART,                                             Index No.: 07-CV-01645

       Plaintiff(s),              **NOTICE OF ADOPTION OF ANSWER**
                                    **TO MASTER COMPLAINT**
 -against-

                                    **ELECTRONICALLY FILED**

4101 AUSTIN BLVD CORPORATION, *et al.*,

       Defendant(s).
-------------------------------------------------------X

  PLEASE TAKE NOTICE that Defendants, JEMB REALTY CORP., 150 BROADWAY N.Y. ASSOCIATES L.P., 150 BROADWAY CORP., BAILEY N.Y. ASSOCIATES and 75 BROAD LLC, by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

  WHEREFORE, the defendants, JEMB REALTY CORP., 150 BROADWAY N.Y. ASSOCIATES L.P., 150 BROADWAY CORP., BAILEY N.Y. ASSOCIATES and 75 BROAD LLC, by their attorneys, McGIVNEY & KLUGER, P.C., demand judgment dismissing the

above-captioned action as against them, together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      June 16, 2008

                       Yours etc.,

                       McGIVNEY & KLUGER, P.C.
                       Attorneys for Defendants
                       JEMB REALTY CORP., 150 BROADWAY N.Y. ASSOCIATES L.P., 150 BROADWAY CORP., BAILEY N.Y. ASSOCIATES and 75 BROAD LLC

                       By: _____
                       Richard E. Leff (RL-2123)
                       80 Broad Street, 23rd Floor
                       New York, New York 10004
                       (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site Litigation
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

        All Defense Counsel